ACCEPTED
04-14-00905-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/9/2015 3:04:32 PM
KEITH HOTTLE
CLERK

# MCGINNIS LOCHRIDGE

Patton G. Lochridge
plochridge@mcginnislaw.com
(512) 495-6044 o
(512) 505-6044 f

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/9/2015 3:04:32 PM
KEITH E. HOTTLE
Clerk

January 9, 2015

**_Via E-File_**

Fourth Court of Appeals
Attn: Court Clerk
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Re:     No. 04-14-00905-CV; _Escondido Resources II, LLC v. Justapor Ranch Company, L.C..;_
_In the Court of Appeals for the Fourth Judicial District of Texas of San Antonio_
_Appeal from the 49_th Judicial District Court, Webb County, Texas; Trial Court Cause No.
2013-CV7-001396-D1

Dear Court Clerk:

Please accept this notice that the following attorney is being designated as lead counsel
for Appellee, Justapor Ranch Company, L.C. in the above-referenced appeal:

Timothy Patton,
Timothy Patton, P.C.
14546 Brook Hollow #279
San Antonio, Texas 78232
State Bar No. 15633800
210-832-0070
210-579-1665 (fax)
tpatton@tp-pc.com

Thank you.

Sincerely,

Patton G. Lochridge

PGL/cu
c: Counsel of Record